IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERI SCHWEERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-852-MEF |
| | ) | (WO) |
| MONTGOMERY PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendant Montgomery Public Schools and against Plaintiff Teri Schweers, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED in favor of Defendant Montgomery Public Schools and against Plaintiff Teri Schweers for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 8th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE